**FILED**

JUN 14 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.,**<br><br>Plaintiff,<br><br>vs.<br><br>**Ronald Dean Bear,**<br><br>Defendant. | **CASE NO. 1:12-cv-01509-AWI-SKO**<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT RONALD DEAN BEAR, INDIVIDUALLY AND D/B/A BEAR'S DEN SPORTS BAR AND DELI** |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant RONALD DEAN BEAR, INDIVIDUALLY AND D/B/A BEAR'S DEN SPORTS BAR AND DELI, that the above-entitled action is hereby dismissed **without prejudice** against RONALD DEAN BEAR, INDIVIDUALLY AND D/B/A BEAR'S DEN SPORTS BAR AND DELI subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by May 10, 2013, the dismissal shall be deemed to be **with prejudice**.

///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

STIPULATION OF DISMISSAL
PAGE 1

Dated: April 4, 2013
4/15/13

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 4/10/13

STEVEN L. SHAHBAZIAN
By: Steven L. Shahbazian, Esquire
Attorneys for Ronald Dean Bear, individually and d/b/a Bear's Den Sports Bar & Deli

**IT IS SO ORDERED:**

Dated: 6-19-13

The Honorable Anthony W. Ishii
United States District Court
Eastern District of California

### PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

STIPULATION OF DISMISSAL
PAGE 2

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 10, 2013, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT RONALD DEAN BEAR, individually and d/b/a BEAR'S DEN SPORTS BAR AND DELI**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Mr. Steven L. Shahbazian, Esquire          (Attorneys for Defendant)
**STEVEN L. SHAHBAZIAN**
5200 N. Palm Street, Suite 408
Fresno, CA 93704

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 10, 2013, at South Pasadena, California.

Dated: April 4, 2013

                                            /s/ Vanessa Ventura
                                            VANESSA VENTURA